

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2015

No. 04-15-00485-CV

**IN THE INTEREST OF B.L.B.**, et al.

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-02-0060-CVW
Honorable Melissa Uram-Degerolami, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 30, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2015.

_____
Keith E. Hottle, Clerk